IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01178-CMA-MEH

BIKINVENTION 2 CC, a South African corporation,

    Plaintiff,

v.

SQUIRT, LLC, a Utah limited liability company,
ENDURO, LLC, a Utah limited liability company, and
JOHN TUCKER, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2014.**

    In the interest of justice, Plaintiff's Motion for Leave to File Second Amended Complaint [filed May 30, 2014; docket # 30] is **granted**. The Court will accept as filed the Second Amended Complaint filed at docket #24.[1] Plaintiff shall serve the pleading upon the new Defendant in accordance with Fed. R. Civ. P. 4. Pursuant to Fed. R. Civ. P. 15(a), the other Defendants shall file an answer or other response to the Second Amended Complaint on or before June 16, 2014.

---

[1] Accordingly, the Court directs the Clerk of the Court to remove the "tendered" designation on the docket sheet.