**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01178-CMA-MEH

BIKINVENTION 2 CC, a South African corporation,

    Plaintiff,

v.

SQUIRT, LLC, a Utah limited liability company, and
JOHN TUCKER, an individual,

    Defendants.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 47), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees, expenses, and costs.

DATED:  October 2, 2014

                                            BY THE COURT:

                                            */s/ Christine M. Arguello*
                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge